PER CURIAM.
This is an appeal by the respondent Thi-rumalaiswamy Chettiar from a final administrative order revoking his nursing license. Finding no abuse of discretion in the denial of the motion for continuance made on the day of the hearing, see, e.g., Padgett v. First Fed. Sav. & Loan Ass’n of Santa Rosa County, 378 So.2d 58, 62-63 (Fla. 1st DCA 1979); Buckley Towers Condominium, Inc. v. Buchwald, 340 So.2d 1206, 1208 (Fla. 3d DCA 1976), cert, denied, 348 So.2d 945 (Fla.1977); Carol City Util., Inc. v. Gaines Constr. Co., 201 So.2d 242, 244 (Fla. 3d DCA 1967), cert, denied, 210 So.2d 221 (Fla.1968); McWhorter v. McWhorter, 122 So.2d 504 (Fla. 2d DCA 1960); Fla.Admin.Code R. 221-6.017 (now 60Q-2.107), or in the failure of the hearing officer to appoint counsel for the respondent, see, e.g., Potashnick v. Port City Constr. Co., 609 F.2d 1101, 1108 (5th Cir.), cert, denied, 449 U.S. 820, 101 S.Ct. 78, 66 L.Ed.2d 22 (1980), Woodham v. Williams, 207 So.2d 320 (Fla. 1st DCA 1968), the final order under review is, in all respects,
Affirmed.